UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Curtis Fox

                      Plaintiff,

v.                                                   Case No.: 1:11−cv−06597
                                                  Honorable Robert W. Gettleman

Virtuoso Sourcing Group, LLC

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 21, 2012:

    MINUTE entry before Honorable Robert W. Gettleman: Status hearing held on 2/21/2012. By agreement, this cause is dismissed with prejudice and without costs with leave to reinstate on or before 3/27/2012. Upon failure to file a timely motion to reinstate, the dismissal with prejudice will become final in all events on 3/28/2012. The Court retains jurisdiction to enforce the settlement. Civil case terminated. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.