AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Illinois

|  |  |  |  |
|---|---|---|---|
| Curtis Fox | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Civil Action No. | 11 C 6597 |
| City of Chicago | ) | | |
| *Defendant* | ) | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ recover costs from the plaintiff *(name)*
_____ .

X  other:  final judgment is entered dismissing this action with prejudice pursuant to Fed. R. Civ. P. 58.
_____ .

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

X  decided by Judge _____ Robert W. Gettleman _____ on a motion for _____
_____ .

Date: _____ Mar 28, 2012 _____

Michael W. Dobbins, Clerk of Court

/s/ George D.  Schwemin

_____
*Signature of Clerk or Deputy Clerk*